## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑  __1st__  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐  _____  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __PEDRO G. ECHEVERRY__   JOINT DEBTOR: __LIBIA ECHEVERRY__   CASE NO.: __14-12424-LMI__
Last Four Digits of SS# __4989__   Last Four Digits of SS# __6178__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $__142.53__ for months __1__ to __60__;
  B.  $_____ for months _____ to _____;
  C.  $_____ for months _____ to _____; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $__3,650.00 (+750.00 Motion to Value)__ TOTAL PAID $ __1,500.00__
            Balance Due    $__2,900.00__ payable $__100.00__/month (Months __1__ to __29__)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __None_____   Arrearage on Petition Date    $_____
Address:_____   Arrears Payment   $_____/month  (Months _____ to _____)
         _____   Regular Payment   $_____/month  (Months _____ to _____)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America Account No.68211056808599 | Property Address: 2654 W 52nd Place #303 Hialeah, FL 33016 **Value $78,000** Appraisal by: TKJ Associates/ Appraisals Services | 0 % | $0.00 | __1__ To __60__ | None |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. __None_____ Total Due   $_____
                              Payable  $_____/month  (Months____ to ____) Regular Payment $_____

<u>Unsecured Creditors</u>: Pay $__28.28__/month (Months __1__ to __29__), $ 128.28/month (Months 30 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: __Debtors will continue to pay Nationstar Mortgage (Account No.XXX-9284) on homestead property located at: 2654 W 52nd Place, #303, Hialeah, FL 33016 outside of the bankruptcy.__

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  __/s/ Pedro G. Echeverry__            __/s/ Libia Echeverry__
Debtor                                  Joint Debtor
Date: __6/18/2014__                     Date: __6/18/2014__

LF-31 (rev. 01/08/10)